# IN THE SUPREME COURT OF PENNSYLVANIA

| | |
|---|---|
| In the Matter of | : No. 2996 Disciplinary Docket No. 3 |
| | : |
| KEVIN ROBERT GALLAGHER | : No. 116 DB 2023 |
| | : |
| | : (United States Patent and Trademark |
| | : Office, Proceeding No. D2023-28) |
| | : |
| | : Attorney Registration No. 48749 |
| | : |
| | : (Out of State) |

## ORDER

**PER CURIAM**

**AND NOW**, this 12th day of January, 2024, upon consideration of the responses to a Notice and Order directing Respondent to provide reasons against the imposition of reciprocal discipline, Kevin Robert Gallagher is disbarred from the practice of law in the Commonwealth of Pennsylvania. He shall comply with the provisions of Pa.R.D.E. 217.

The Office of Disciplinary Counsel's request to strike Respondent's answer, in part, is denied.